**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-21690-KMW/EAL**

KYLE BUTLER RASHLEY and NICHOLAS DUNGEY, on behalf of themselves and others similarly situated,

Plaintiffs/Counter-Defendants,

v.

BOOST HEALTH INSURANCE, INC.,

Defendant/Counter-Plaintiff.

**PLAINTIFFS/COUNTER-DEFENDANTS' COUNSEL'S**
**NOTICE OF COMPLIANCE**

Pursuant to the Court's August 20, 2026 Order (ECF No. 51), the undersigned provides notice of compliance with the Order. Avi R. Kaufman, Esq. sent a hard copy of the Order to Plaintiffs/Counter-Defendants Kyle Butler Rashley and Nicholas Dungey ("Plaintiffs") at their respective addresses below on August 21, 2026:

**Kyle Butler Rashley**
14815 Boxwood Dr. West
Palm Beach, FL 33418

**Nicholas Dungey**
245 NE 14th St., Apt. 3714
Miami, FL 33132

Dated: August 21, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*

Avi R. Kaufman, Esq. (FL Bar No. 84382)
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gable, Florida 33133
kaufman@kaufmanpa.com
(305) 469-5881

Allison B. Duffie, Esq.
Fla. Bar No. 649902
allison@duffie.law
DUFFIE LAW, PLLC
2234 North Federal Highway, No. 1196
Boca Raton, Florida 33431
Tel: 561.440.1196

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will provide notice to all counsel of record.

*/s/ Avi R. Kaufman*