# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| KYLE BUTLER RASHLEY, *et al.*<br><br>Plaintiffs/Counter-Defendants,<br>v.<br><br>BOOST HEALTH INSURANCE AGENCY, LLC,<br><br>Defendant/Counter-Plaintiff. | CASE NO. 1:25-CV-21690-KMW-EAL |

**DECLARATION OF AVI R. KAUFMAN**

I, Avi R. Kaufman, hereby declare as follows:

1. I am a founding member of Kaufman, P.A., a law firm based in Coral Gables, Florida. I, Rachel Kaufman, and Kaufman, P.A. (collectively, the "Non-Parties") are moving to quash the Subpoenas to Produce Documents served upon each of us by Defendant/Counter-Plaintiff Boost Health Insurance Agency, LLC ("Boost") in the above-captioned action.

2. I submit this declaration in support of the Non-Parties' Motion to Quash Subpoenas to Produce Documents, to address the burden that responding to the Subpoenas would impose.

3. At the request of counsel, I ran a series of search terms across my own email account using several of the terms identified in the Subpoenas. These searches were not run across Rachel Kaufman's email account, which would be expected to return additional hits.

4. I ran the following search terms across my email account:

a) "Anthony Paronich" (to, from, cc, or bcc);

b) "TCPA";

c) "do not call";

d) "Heidarpour";

e) "Rashley";

f) "Dungey";

g) "Finley";

h) "consent form"; and

i) "Boost".

5. In the aggregate, without accounting for any overlap between search terms, these searches returned well over 60,000 hits. I understand that there is additional material requested by the Subpoenas that is not captured by the search terms I have run to date, and thus there are likely significantly more potentially responsive emails.

6. The figures identified above reflect only email hits and do not include non-email data such as documents or other files maintained on my systems. Including non-email data, and before any deduplication, I expect that running these search terms across the full universe of my data would return well over 100,000 hits.

7. Responding to the Subpoenas would require reviewing each of these documents for responsiveness, privilege, and confidentiality, a process that would impose a substantial burden and cost on me and my firm given the volume of information identified above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2026

Respectfully submitted,

Avi R. Kaufman