---------- Forwarded message ---------
From: **Dana Oliver** <doliver.heidarpourlawfirm@gmail.com>
Date: Sat, Jun 14, 2025 at 11:58 PM
Subject: Re TCPA Inquiry Concerning United Healthcare (re Andria Fox)
To: <prosenzweig@healthcarefundingpartners.com>
Cc: Andrew Heidarpour <aheidarpour@hlfirm.com>

Hi Peter,

I'm following up regarding Ms. Andria Fox based on communications from last year. Could you review the enrollment history? It's our understanding that Ms. Fox did not enroll in the plan referenced previously.

Let me know what you find.

Regards,
----
Dana J. Oliver, Esq.
Heidarpour Law Firm, PLLC
www.HLFirm.com
DOliver.HeidarpourLawFirm@gmail.com
[P] 202-234-2727
----------------------------------------

From: Peter Rosenzweig <prosenzweig@healthcarefundingpartners.com>
Sent: Monday, July 1, 2024 3:49 PM
To: Andrew Heidarpour <aheidarpour@hlfirm.com>
Subject: Re: Andrew Duncan
Is her name Andria or Andira?
On Mon, Jul 1, 2024 at 12:55 PM Andrew Heidarpour <aheidarpour@hlfirm.com> wrote:

Regards
----
Andrew Heidarpour
Heidarpour Law Firm, PLLC
www.HLFirm.com
AHeidarpour@HLFirm.com
[P]
202-234-2727
This email message may contain legally privileged and/or confidential information. If you are not theintended recipient(s), or the employee or agent responsible for delivery of this message to the intendedrecipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mailmessage is strictly prohibited. If you have received this message in error, please immediately notifythe sender and delete this e-mail message from your computer.
From:
Peter Rosenzweig <

prosenzweig@healthcarefundingpartners.com
>
Sent:
Monday, July 1, 2024 7:34 AM
To:
Andrew Heidarpour <
aheidarpour@hlfi rm.com
>
Subject:
Andrew Duncan
CONFIDENTIAL / FOR SETTLEMENT PURPOSES ONLY
Mr. Heidarpour:
Please accept this email as the response to your June 20, 2024 letter concerning Andrew Duncan(386) 690-3323.
On June 10, 2024, Mr. Duncan completed an online webform wherein he provided his full name,phone number, zip code, age, and his express written consent to, among other things, "... RECEIVEMARKETING COMMUNICATIONS REGARDING INSURANCE PRODUCTS AND SERVICES FROM
INSURIFYHEALTHCARE.COM
AND ONE OR MORE OF ITS MARKETING PARTNERS AT THEPHONE NUMBER PROVIDED BY YOU, INCLUDING WIRELESS NUMBERS, IF APPLICABLE,EVEN IF YOU HAVE PREVIOUSLY REGISTERED THE PROVIDED NUMBER ON THE DO NOTCALL REGISTRY." At the bottom of this email is the link to the video replay of Mr. Duncan takingthese actions on the webform. Please contact me at your convenience so I can show you where thisinformation was entered on the webform. I've also attached the Jornaya Lead ID to this email. TheIP address for the device used on June 10
th
is for a location in Florida where Mr. Duncan resides.
On June 12, 2024, Mr. Duncan participated in a telephone call for more than 17 minutes during whichhe provided his personally identifiable information to the agent and spoke in detail about healthinsurance. The recording of that call is attached to this email. At no point during the call did Mr.Duncan inform the agent that he was on the National Do-Not-Call Registry and that he did notconsent to receiving the call. Though your letter identifies the client as Andrew Duncan, at 5 minutes,20 seconds into the call he stated that his last name is Robinson.
Our position is that there is no viable TCPA claim because Mr. Duncan did provide his prior expresswritten consent to be contacted at the telephone number he provided. He stayed on the phone callfor more than 17 minutes and not once did he tell the agent that he shouldn't have been calledbecause he's on the National Do-Not-Call Registry and that he did not consent to receiving the call.
Certainly, if the recipient of an alleged unsolicited call was bothered and felt harassed by the call, hewould have terminated the call immediately.
Notwithstanding the foregoing, we are aware of the time and cost associated with this type ofdispute. If Mr. Duncan is desirous of resolving his claim for the June 12, 2024 call, please present asettlement demand. Thank you.
https://vp.leadid.com/playback/37454792-3463-C07F-FE27-2645C6137B0D?key=1718046871560
--
Peter Rosenzweig, Esq.
General Counsel & Chief Compliance Officer
Healthcare Funding Partners, LLC
(215) 570-9935

Email:
prosenzweig@healthcarefundingpartners.com
A close up of a logo Description automatically generated
Peter Rosenzweig, Esq.
General Counsel & Chief Compliance Officer
Healthcare Funding Partners, LLC
(215) 570-9935
Email:
prosenzweig@healthcarefundingpartners.com
A close up of a logo Description automatically generated
--
Peter Rosenzweig, Esq.
General Counsel & Chief Compliance Officer
Healthcare Funding Partners, LLC
(215) 570-9935
Email:
prosenzweig@healthcarefundingpartners.com

--