From: **Dana Oliver** <doliver.heidarpourlawfirm@gmail.com>
Date: Thu, Apr 3, 2025 at 7:46 PM
Subject: Re: Pre-Suit Notification of Federal Telemarketing Law Violation re Boost Health (re Dungey)
To: Peter Rosenzweig <prosenzweig@boosthealthinsurance.com>
Cc: Andrew Heidarpour <aheidarpour@hlfirm.com>

Dear Mr. Rosenzweig,

Thank you for your prompt attention to these matters.

We understand that (561) 943-0417 may be associated with Thomas Murphy. However, our client, Nicholas Dungey, has reported receiving unsolicited marketing communications on this number. We would appreciate any information you can provide regarding this discrepancy.

Additionally, our client, Kyle Butler Rashley, has reported receiving unsolicited texts and pre-recorded voicemails on his number, (561) 460-8422, which is also listed on the National Do Not Call Registry. We kindly request that you investigate this matter as well.

We would appreciate if you would respond in writing regarding both numbers by Thursday, April 10, or let us know if additional time is needed.

Sincerely,
----
Dana J. Oliver, Esq.
Heidarpour Law Firm, PLLC
www.HLFirm.com
DOliver.HeidarpourLawFirm@gmail.com
[P] 202-234-2727

On Thu, Apr 3, 2025 at 8:58 AM Peter Rosenzweig <prosenzweig@boosthealthinsurance.com> wrote:

Mr. Oliver:

Your March 27th email requested a response by today. I have emailed you two times since March 27th asking to schedule a call. I haven't received a response to either of my emails. Nonetheless, records show that (561) 943-0417 belongs to Thomas Murphy, not your client Nicholas Dungey.

On Wed, Apr 2, 2025 at 3:46 PM Peter Rosenzweig <prosenzweig@boosthealthinsurance.com> wrote:

Mr. Oliver:

Can we schedule a call? I have found information on 561-943-0417.

On Tue, Apr 1, 2025 at 10:02 AM Peter Rosenzweig <prosenzweig@boosthealthinsurance.com> wrote:

Good morning. Do you have time today for a call?

On Fri, Mar 28, 2025 at 8:24 AM Peter Rosenzweig <prosenzweig@boosthealthinsurance.com> wrote:

Good morning, Mr. Oliver. I've started to look into your email below. I'll be able to respond to you next week. Thank you.

---------- Forwarded message ---------
From: **Dana Oliver** <doliver.heidarpourlawfirm@gmail.com>
Date: Thu, Mar 27, 2025 at 2:17 AM
Subject: Pre-Suit Notification of Federal Telemarketing Law Violation re Boost Health (re Dungey)

To: <prosenzweig@boosthealthinsurance.com>
Cc: Andrew Heidarpour <aheidarpour@hlfirm.com>

**Good evening Mr. Rosenzweig;**

**We have another client who has received one or more unlawful texts from or on behalf of Boost Health. Our client's details are below:**

**Name: Nicholas Dungey**
**Phone: 561-943-0417**

**The number is also listed on the Do Not Call Registry. We would appreciate it if you could look into this and provide a response by Thursday, April 3rd. Thank you.**

----

Dana J. Oliver, Esq.
Heidarpour Law Firm, PLLC
www.HLFirm.com
DOliver.HeidarpourLawFirm@gmail.com
[P] 202-234-2727

--

**Peter Rosenzweig, Esq.**
General Counsel & Chief Compliance Officer

**Boost Health Insurance**
15061 Springdale Street, Suite 206
Huntington Beach, CA 92649
Direct Number: (215) 570-9935
Email: prosenzweig@boosthealthinsurance.com
Web: www.boosthealthinsurance.com