Exhibit 3 - Kaufman List of TCPA Class Actions

| Case Number | Date Filed | Caption | Matter | Venue | Judge | Case link |
|---|---|---|---|---|---|---|
| 8:26-cv-02299 | 8/7/2026 | Abramson v. Ashia Life and Health Insurance LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Mary S. Scriven | https://www.law360.com/cases/6a7692b7b8891423fcd25099 |
| 8:26-cv-02228 | 8/2/2026 | Hinton v. Platinum Marketing Group Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/6a70353cf80de762da5e023b |
| 0:26-cv-62020 | 7/23/2026 | McDermott v. Cruise Yacht Opco LTD CO | Telephone Consumer Protection Act (TCPA) | Florida Southern | Patrick M. Hunt | https://www.law360.com/cases/6a622a4bfb296610d4fa013f |
| 6:26-cv-01397 | 6/25/2026 | Carmack v. Resort Condominiums Services LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne-Leigh Gaylord Moe | https://www.law360.com/cases/6a3da2e564daf3a000322742 |
| 8:26-cv-01746 | 6/15/2026 | McClain v. Manatee Memorial Hospital, Limited Partnership et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/6a30651a6881133300edd38b |
| 8:26-cv-01685 | 6/9/2026 | Eggers v. Homes.com, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/6a281df4c08155ed94e64b3b |
| 8:26-cv-01607 | 5/29/2026 | Daniel v. Love Your Bath LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/6a19f242c2ab538f3c2d32ff |
| 2:26-cv-14192 | 5/28/2026 | Nesbitt v. Voice Search Local LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/6a1842d56c032e1863e09108 |
| 6:26-cv-01181 | 5/27/2026 | Carmack v. Clearpath Consulting Agency LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne-Leigh Gaylord Moe | https://www.law360.com/cases/6a174c0416683bb95f690b25 |
| 3:26-cv-01372 | 5/26/2026 | Gorny v. U.S. Standard Products Corp. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Marcia Morales Howard | https://www.law360.com/cases/6a15d7561a05f152411f8292 |
| 8:26-cv-01471 | 5/15/2026 | Loehr v. Quikaid, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Virginia M. Hernandez Cov | https://www.law360.com/cases/6a0752d2e483ea80c002f746 |
| 8:26-cv-01298 | 5/3/2026 | Ledenko v. Ideal Concepts, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Virginia M. Hernandez Cov | https://www.law360.com/cases/69f8089784a88df3900c7d57 |
| 6:26-cv-00884 | 4/22/2026 | Weaver v. Integrity Vehicle Group, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Roy B. Dalton, Jr. | https://www.law360.com/cases/69e8eb24d6b97248aab62273 |
| 8:26-cv-01165 | 4/22/2026 | Mott v. National Collegiate Scouting Association, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/69e9389ada7d47576a922815 |
| 5:26-cv-00104 | 4/13/2026 | SMELKINSON v. PEADEN LLC | Telephone Consumer Protection Act (TCPA) | Florida Northern | T KENT WETHERELL II | https://www.law360.com/cases/69dd96bb57e03ff86f4c7ecc |
| 1:26-cv-22028 | 3/25/2026 | Milton v. USA Home Improvement LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Kathleen M. Williams | https://www.law360.com/cases/69c46e50f6464e32cdf27bf2 |
| 9:26-cv-80334 | 3/25/2026 | Wilson v. AMS Moving Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/69c47c7703308ac0f5c2e445 |
| 6:26-cv-00630 | 3/23/2026 | Benedict v. Complete Reservation Solutions, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne-Leigh Gaylord Moe | https://www.law360.com/cases/69c1c11c84f7e212c4a75e1a |
| 2:26-cv-14058 | 2/19/2026 | Bahr v. Florida Insurance Services, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/6997584ee09554d8f02ac185 |
| 8:26-cv-00458 | 2/18/2026 | Kellner v. Carda Health, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/69964258251688b4af64e039 |
| 8:26-cv-00429 | 2/17/2026 | Office v. American Automotive Alliance, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/69948e9bec73d07d54635ce1 |
| 2:26-cv-00357 | 2/13/2026 | Connor v. Lee Auto Group Tampa Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Sheri Polster Chappell | https://www.law360.com/cases/698f2239b000e1c7c9f150bc |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8:26-cv-00408 | 2/13/2026 | Office v. Broadpeak Insurance Services LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Virginia M. Hernandez Cov | https://www.law360.com/cases/698f223bb000e1c7c9f150be |
| 1:26-cv-20912 | 2/11/2026 | Rodriguez v. Guardian Impact Windows & Roofing LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jeffrey T. Kuntz | https://www.law360.com/cases/698cd735c0a2e6910893152a |
| 1:26-cv-20331 | 1/18/2026 | Osborne v. Insurance Supermarket Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/696da5f0f3283d75ea474103 |
| 5:26-cv-00039 | 1/18/2026 | Jarrell v. Truist Financial Corporation | Telephone Consumer Protection Act (TCPA) | Florida Middle | Sheri Polster Chappell | https://www.law360.com/cases/696d237f57e6dd78abab22fd |
| 9:26-cv-80040 | 1/15/2026 | Dungey et al v. Prodigy Insurance Associates LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/696906249019e824dc0e897b |
| 8:26-cv-00121 | 1/15/2026 | Cordero v. Direct Funding Now LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Mary S. Scriven | https://www.law360.com/cases/69691a1d5cd01226c5541148 |
| 8:25-cv-03461 | 12/17/2025 | Lackey v. Signature Senior Solutions LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/69432219a009dd55f6af8962 |
| 6:25-cv-02397 | 12/14/2025 | Kunzman v. 1st Orlando Real Estate Services, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/693f1064154212421322a5ce |
| 1:25-cv-25837 | 12/12/2025 | McClain v. Univista Insurance LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Kathleen M. Williams | https://www.law360.com/cases/693c28ad330a0f1d1f7e8328 |
| 0:25-cv-62565 | 12/11/2025 | Duverger v. Firstsource Advantage, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/693b2ed774904e644ed1f211 |
| 8:25-cv-03292 | 12/2/2025 | Kunzman v. Garnik, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/692f4355904fcead6c8e2146 |
| 9:25-cv-81396 | 11/11/2025 | Duverger v. 1 Oak Home Improvement Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Ed Artau | https://www.law360.com/cases/69137b5702ee6e919f641658 |
| 5:25-cv-00705 | 11/6/2025 | Collins v. Gambale Insurance Group, Inc. et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/690cfc5a0d368785b7a46af5 |
| 9:25-cv-81305 | 10/22/2025 | Rashley v. MindState Management LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Ed Artau | https://www.law360.com/cases/68f93958c0533f7436ea286c |
| 9:25-cv-81290 | 10/17/2025 | Wilson v. No Cost ACA DOS, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/68f2a8fa81b9f12a61a48899 |
| 9:25-cv-81268 | 10/14/2025 | Wilson v. Salespromis, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Ed Artau | https://www.law360.com/cases/68ee74aa9c3e118d16d83100 |
| 1:25-cv-24644 | 10/8/2025 | Irvin v. Healthcare, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | K. Michael Moore | https://www.law360.com/cases/68e6b2bbbd022f229da5eb13 |
| 5:25-cv-00631 | 10/8/2025 | Leedy v. US Med Direct, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/68e6ba1c08f6d77853b0f668 |
| 8:25-cv-02733 | 10/7/2025 | Riley v. SelectQuote Insurance Services, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Mary S. Scriven | https://www.law360.com/cases/68e5998020e476401e27c17c |
| 8:25-cv-02655 | 9/30/2025 | Tamny v. Bankroll Capital, Inc. et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/68db992e74956a5a9380da75 |
| 1:25-cv-24177 | 9/13/2025 | McClain v. DH Insurance Group, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | K. Michael Moore | https://www.law360.com/cases/68c5ca286fe39939be611360 |
| 8:25-cv-02436 | 9/11/2025 | Serratos v. Dreamwealth LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/68c2bc74891787496c00f7f2 |
| 9:25-cv-81119 | 9/10/2025 | Rowan v. Mack Daddy Consultant Inc. et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/68c1e452f03c23cbc9739448 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:25-cv-24103 | 9/9/2025 | Wilson v. MIA Aesthetics Holdings, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/68c059066faef74163897731 |
| 8:25-cv-02396 | 9/6/2025 | Fox v. MFP Agency, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/68bcb2d13df8180ac94457b6 |
| 6:25-cv-01721 | 9/6/2025 | Ashworth et al v. Phoenix Tribe, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne-Leigh Gaylord Moe | https://www.law360.com/cases/68bc4ba90291a6a62da8a467 |
| 0:25-cv-61793 | 9/5/2025 | Wilson v. Vozzcom, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/68bad3253fd9f4f5ca74654c |
| 6:25-cv-01663 | 8/28/2025 | Kousiry v. Humana Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/68b1bfe1bbef557ed6c2f496 |
| 9:25-cv-81070 | 8/28/2025 | Serratos v. Synergy Insurance Affiliates LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/68b09fafbaf21d3c97fe3201 |
| 9:25-cv-81057 | 8/25/2025 | Bahr v. MAPD Helpdesk LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | William P. Dimitrouleas | https://www.law360.com/cases/68ac89442ca8159950afcf9c |
| 6:25-cv-01557 | 8/14/2025 | Weaver v. Rivera | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/689e49f600a5aced1e16c386 |
| 8:25-cv-02075 | 8/5/2025 | Packard v. Swift Home Loans, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/689230f45c28657105ab22a9 |
| 6:25-cv-01470 | 7/31/2025 | Ashworth v. StockX LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/688c5c45fa37accb71576388 |
| 9:25-cv-80959 | 7/31/2025 | Rashley v. Adroit Health Group LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/688bc716b2c2d241de4e573a |
| 8:25-cv-01951 | 7/24/2025 | Moon v. WindowWall LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Mary S. Scriven | https://www.law360.com/cases/6882b656f4cf9eed313f72fa |
| 8:25-cv-01952 | 7/24/2025 | Bethea v. Created Wealth LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/68830de7d7454dec53dfc98b |
| 8:25-cv-01802 | 7/14/2025 | Kunzman v. Houzeo Corp | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/68753bdb3ff289a23c34943d |
| 8:25-cv-01733 | 7/6/2025 | Kunzman v. Realty One Group, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/686acbb9eecc674f301c08df |
| 6:25-cv-01131 | 6/25/2025 | Hicks v. One Capital Solutions, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne-Leigh Gaylord Moe | https://www.law360.com/cases/685c74587763fd2bad4207d9 |
| 3:25-cv-00701 | 6/24/2025 | Mitchell v. N.C.W.C., Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Marcia Morales Howard | https://www.law360.com/cases/685aa91e75b46f34fbca7132 |
| 6:25-cv-01117 | 6/24/2025 | Matthews v. Spartan Solar LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Nathan W. Hill | https://www.law360.com/cases/685ae86507b884d4e18d8532 |
| 1:25-cv-22746 | 6/17/2025 | Weingrad v. Franchise Creator, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Cecilia M. Altonaga | https://www.law360.com/cases/6851d9905ce18ddffa736e6e |
| 6:25-cv-01064 | 6/17/2025 | Kunzman et al v. LPT Realty, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/6851be5b45e4d2fde7687543 |
| 0:25-cv-61164 | 6/10/2025 | McGonigle v. Pure Green Franchise Corporation | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/6848634bf935da24b88cbe0e |
| 6:25-cv-01025 | 6/10/2025 | Ashworth v. New American Funding, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/6848703373435f83ee323ddf |
| 8:25-cv-01480 | 6/6/2025 | Miller v. Luxury Bath of Tampa Bay LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/68436638734457336d58c07f |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8:25-cv-01449 | 6/4/2025 | Fox et al v. American Health Reform Solutions, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/68407ea845f1603ae94bd442 |
| 8:25-cv-01378 | 5/28/2025 | Westlake v. Diligent Financial Group, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/6837790ea3e006051827f459 |
| 9:25-cv-80630 | 5/22/2025 | Shields v. Olam Advisers Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/682f62433834cd5624250eb0 |
| 0:25-cv-61006 | 5/21/2025 | Rowan v. LP Consulting Group LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/682e1ba1268243c70681afe6 |
| 8:25-cv-01240 | 5/14/2025 | MacKenzie v. International Financial Solutions, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Kathryn Kimball Mizelle | https://www.law360.com/cases/6824d6a0983d4a800b5b9b76 |
| 9:25-cv-80587 | 5/14/2025 | Rashley v. Look Both Ways Insurance LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/6824f239e3a7125352901952 |
| 8:25-cv-01205 | 5/11/2025 | Kunzman v. Tropical Realty & Investments, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Mary S. Scriven | https://www.law360.com/cases/682190808ec7a1245fa1a2ab |
| 9:25-cv-80558 | 5/7/2025 | Rashley v. Patriot Health Florida, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/681be0cc692da8d4dd432264 |
| 1:25-cv-22118 | 5/7/2025 | Dungey v. Everest Reinsurance Company | Telephone Consumer Protection Act (TCPA) | Florida Southern | Ed Artau | https://www.law360.com/cases/681c069c27a153522d6cf6e9 |
| 1:25-cv-22086 | 5/6/2025 | Webber v. Southern New England Windows, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Beth Bloom | https://www.law360.com/cases/681a48fbcb14d08453db0e44 |
| 8:25-cv-01165 | 5/6/2025 | Harriel v. Beall's, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/681a72fded4723fd01528a38 |
| 1:25-cv-22069 | 5/5/2025 | Wilson v. Craftie Fox, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Darrin P. Gayles | https://www.law360.com/cases/68191d229ff5e400984ffad5 |
| 9:25-cv-80492 | 4/23/2025 | Rashley v. Claro Insurance, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Melissa Damian | https://www.law360.com/cases/680925a502be95cfc67a1ea2 |
| 9:25-cv-80497 | 4/23/2025 | Johnson et al v. Tobias & Associates LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/680a0d7b7edef55ac823acc5 |
| 6:25-cv-00693 | 4/22/2025 | Suess v. Call Health LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/6807a625651667d8e93193de |
| 1:25-cv-21806 | 4/21/2025 | Dungey v. Good Health Distribution Partners LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Darrin P. Gayles | https://www.law360.com/cases/680685864b34ca2af6083788 |
| 8:25-cv-00918 | 4/12/2025 | McClain v. Meetings Tech LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/67fab875fd3f56485aa0c95e |
| 1:25-cv-21690 | 4/12/2025 | Rashley et al v. Boost Health Insurance, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Kathleen M. Williams | https://www.law360.com/cases/67faca25be914d4921d5562f |
| 9:25-cv-80435 | 4/3/2025 | Dragisich v. MoneySpot Direct LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/67eed9725a119d565e5ff7d4 |
| 8:25-cv-00796 | 4/1/2025 | MacKenzie v. Prospifi Inc | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/67ec03b9778cc370d05d5c97 |
| 0:25-cv-60588 | 3/27/2025 | Bruck v. Golden Ridge Insurance Agency LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/67e55849b7e1068e1cc40ecd |
| 8:25-cv-00656 | 3/18/2025 | Connor v. LiveCare, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/67d98fcba7d32714aef51ac8 |
| 0:25-cv-60378 | 2/26/2025 | Duverger v. United Realty Group, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/67bf46a6e746a07b68f8b7d7 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:25-cv-20641 | 2/12/2025 | Leonard v. Goldman Financial, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Rodolfo A. Ruiz, II | https://www.law360.com/cases/67acc7466ef055cc0b58e766 |
| 0:25-cv-60212 | 2/6/2025 | Wilson v. Pharmacenter LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Rodney Smith | https://www.law360.com/cases/67a5ab9bd7b84f31ad36ce60 |
| 1:25-cv-20566 | 2/6/2025 | Pico v. Northfield Holding Corp. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Darrin P. Gayles | https://www.law360.com/cases/67a5ab4ed7b84f31ad36ce5f |
| 4:25-cv-00036 | 1/27/2025 | MINOR v. IDEAL CONCEPTS INC | Telephone Consumer Protection Act (TCPA) | Florida Northern | MARK E WALKER | https://www.law360.com/cases/6797c00a49af74c284ab10ce |
| 1:25-cv-00023 | 1/23/2025 | WILSON v. TRAJECTOR INC | Telephone Consumer Protection Act (TCPA) | Florida Northern | MARK E WALKER | https://www.law360.com/cases/6792ae51a5503294da90ec61 |
| 9:25-cv-80080 | 1/20/2025 | Scofield v. Billings Home Inspections LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/678e81501e9461a50862cfc9 |
| 9:25-cv-80069 | 1/17/2025 | McGonigle v. Office Depot, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | William P. Dimitrouleas | https://www.law360.com/cases/678a956ea17aee2f947fc0b9 |
| 0:25-cv-60071 | 1/12/2025 | Rivera v. Turbo Debt LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | William P. Dimitrouleas | https://www.law360.com/cases/678423228382a3e7c887d839 |
| 9:25-cv-80005 | 1/2/2025 | Shah v. Newsmax Media, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/6776ff0c1484f3dc4d75226d |
| 1:25-cv-20002 | 1/1/2025 | Duverger v. Real Estate Sales Force Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Ed Artau | https://www.law360.com/cases/67759512fb506e932bed0650 |
| 8:25-cv-00001 | 1/1/2025 | Finley v. Medahealth Associates, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/67759c0cb2dab8a22f333a90 |
| 2:24-cv-14410 | 12/31/2024 | Gomez v. Lighthouse Finance Solutions LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/67745b9c5bac82e554ea50b8 |
| 1:24-cv-25124 | 12/30/2024 | Finley v. Vocodo Insurance Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jose E. Martinez | https://www.law360.com/cases/67732ea4520904d11051f568 |
| 1:24-cv-25115 | 12/30/2024 | McGonigle v. Everyday Dose LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Kathleen M. Williams | https://www.law360.com/cases/67730451c9a35b9f25a8bf33 |
| 0:24-cv-62450 | 12/30/2024 | Taylor v. BSA Health Consulting Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/6772fd86083b5460608ec883 |
| 1:24-cv-25125 | 12/30/2024 | Bond v. Skyline Capital Network Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jacqueline Becerra | https://www.law360.com/cases/677335a03c4ca000fba40dfa |
| 1:24-cv-25119 | 12/30/2024 | Wilson v. Icon Creative Consulting, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Federico A. Moreno | https://www.law360.com/cases/67730af9bced5545b8fd9dd8 |
| 0:24-cv-62443 | 12/29/2024 | McGonigle v. Alliance Entertainment, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/677160c923b52f30e90a6925 |
| 9:24-cv-81588 | 12/29/2024 | Rashley v. Alpha Health Options LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robin L. Rosenberg | https://www.law360.com/cases/677160c623b52f30e90a6924 |
| 8:24-cv-02983 | 12/26/2024 | Brooks v. PSCU, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Kathryn Kimball Mizelle | https://www.law360.com/cases/676dab9688c18a1a66147c51 |
| 0:24-cv-62318 | 12/7/2024 | Serratos v. MyCareClub, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/6754a01cd0fbf7523cacac46 |
| 0:24-cv-62319 | 12/7/2024 | Wilson v. Disability Help Group LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | William P. Dimitrouleas | https://www.law360.com/cases/6754a021d0fbf7523cacac48 |
| 8:24-cv-02791 | 12/3/2024 | Shukla v. Bottom Line Concepts LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/675050ff651d065cfa4994c4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0:24-cv-62282 | 12/3/2024 | Weingrad v. Direct Health Solutions Insurance Agency, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Melissa Damian | https://www.law360.com/cases/675038fd651d065cfa4994bb |
| 2:24-cv-14381 | 11/22/2024 | Gomez v. Americor Funding, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jose E. Martinez | https://www.law360.com/cases/6740f63c0abad007ad379ab1 |
| 2:24-cv-01077 | 11/22/2024 | Etienne v. CEFCO Stores, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/6740bddf81bb370d8b424096 |
| 8:24-cv-02712 | 11/21/2024 | McGonigle v. HSN, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/673f5004c85e63018249ff72 |
| 8:24-cv-02711 | 11/21/2024 | Wilson v. Credit Suite Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Christopher P. Tuite | https://www.law360.com/cases/673f45b518010b04a1affdb5 |
| 3:24-cv-01193 | 11/20/2024 | Mitchell v. Allianza U.S. Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Harvey E. Schlesinger | https://www.law360.com/cases/673ddf016f78f500a3e59b4e |
| 1:24-cv-24374 | 11/7/2024 | Cardenas v. Dealstruck Capital LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Federico A. Moreno | https://www.law360.com/cases/672cfab39663541067f80b81 |
| 6:24-cv-02033 | 11/7/2024 | Rantowich v. Timeshares Direct, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/672cf3f40a32bf060af5ba96 |
| 9:24-cv-81292 | 10/16/2024 | Weaver v. Urban Solar LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/67100ed15dfb5f0572b44fee |
| 9:24-cv-81280 | 10/16/2024 | Stanley v. National Credit Relief Department Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robin L. Rosenberg | https://www.law360.com/cases/670fd6b5b135fd05559d3fc8 |
| 6:24-cv-01859 | 10/16/2024 | Tom v. Ellington Service Corporation, et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/670fcf9c8ab572048b75710e |
| 6:24-cv-01861 | 10/16/2024 | Summey v. Affordable Solar Roof & Air, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/671000f1a256a304be680a6b |
| 9:24-cv-81293 | 10/16/2024 | Boyd v. DH Insurance Group, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Melissa Damian | https://www.law360.com/cases/6710125ebb4478077904ce6c |
| 0:24-cv-61931 | 10/16/2024 | Hewett v. Insurance Pipeline Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Cecilia M. Altonaga | https://www.law360.com/cases/6710199bbf102801e98fa7d1 |
| 6:24-cv-01862 | 10/16/2024 | Summey v. First Federal Bank | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/6710081a2fff4805ec17c45c |
| 9:24-cv-81282 | 10/16/2024 | Stanley v. CNU Online Holdings, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Melissa Damian | https://www.law360.com/cases/670fda56b135fd0813784ada |
| 6:24-cv-01857 | 10/16/2024 | Aussieker v. Sunshine Consultation Services, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne-Leigh Gaylord Moe | https://www.law360.com/cases/670fbdf0aba315016cc2aa47 |
| 6:24-cv-01858 | 10/16/2024 | Ashworth v. Off Leash K9 Training Central Florida LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/670fc8c3ef87090e0d8630ec |
| 3:24-cv-01065 | 10/16/2024 | Johnson v. American Automotive Alliance, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Wendy W. Berger | https://www.law360.com/cases/670fc165510b9b043aa7f9f8 |
| 0:24-cv-61826 | 10/2/2024 | Robertson v. Leosource Insurance Agency, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/66fd92f53650e609d89c6d56 |
| 9:24-cv-81155 | 9/20/2024 | Thomas v. TOBIAS & ASSOCIATES INC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/66edc467dad74c01cd3de161 |
| 6:24-cv-01647 | 9/11/2024 | Tom v. US Solar Quotes LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/66e1f519247bd10227ffa63c |
| 0:24-cv-61650 | 9/6/2024 | Miller v. Assure For Life LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/66db0581fdc7db0434d3c25a |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8:24-cv-02105 | 9/6/2024 | Fox v. Patriot Growth Insurance Services LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/66db09199eeaad01c0a39a72 |
| 0:24-cv-61608 | 8/29/2024 | Bogoeva v. NU Life Health LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jose E. Martinez | https://www.law360.com/cases/66d0d8d15c8aac0cbae57a5c |
| 3:24-cv-00891 | 8/29/2024 | Thrower et al v. Selectquote Insurance Services Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Marcia Morales Howard | https://www.law360.com/cases/66d0a47500e2e6121fbe1f49 |
| 0:24-cv-61607 | 8/29/2024 | Harris v. Lifeshield National Insurance Co. | Telephone Consumer Protection Act (TCPA) | Florida Southern | William P. Dimitrouleas | https://www.law360.com/cases/66d0d5854948bd02c356b697 |
| 9:24-cv-81051 | 8/29/2024 | Spann v. Elite Health Partners LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/66d0b275bc3c7b02c603e49c |
| 8:24-cv-02063 | 8/29/2024 | Ford v. Selectquote Insurance Services Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/66d0acb678ac0c1040f410e6 |
| 3:24-cv-00872 | 8/22/2024 | Mitchell v. Ensurety Ventures, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Wendy W. Berger | https://www.law360.com/cases/66c7a27165effbd6081834b2 |
| 1:24-cv-23156 | 8/20/2024 | Robertson v. Network Capital Funding Corporation | Telephone Consumer Protection Act (TCPA) | Florida Southern | Kathleen M. Williams | https://www.law360.com/cases/66c4a712e9eb500c50e1a7c4 |
| 6:24-cv-01521 | 8/20/2024 | Knueppel v. True Choice LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/66c4cf4f312ea0269a3a0845 |
| 9:24-cv-81000 | 8/20/2024 | Bland v. Lifetime Health Group LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/66c49c657f19630fc4427d02 |
| 0:24-cv-61511 | 8/19/2024 | Suess v. Omnicore Health Benefits Agency LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Melissa Damian | https://www.law360.com/cases/66c35fbdfa54cf1b697d5c2e |
| 6:24-cv-01504 | 8/19/2024 | Suess v. MFP Agency, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/66c35ca01210321f4d92de59 |
| 3:24-cv-00787 | 8/4/2024 | Landeweer et al v. Chad and Sandy Real Estate Group, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Timothy J. Corrigan | https://www.law360.com/cases/66b0c0f8a370eb019a79e61f |
| 3:24-cv-00786 | 8/4/2024 | Landeweer v. TrueParity Corp | Telephone Consumer Protection Act (TCPA) | Florida Middle | Marcia Morales Howard | https://www.law360.com/cases/66b0c0f7a370eb019a79e61e |
| 3:24-cv-00788 | 8/4/2024 | Landeweer et al v. Florida Homes Realty & Mortgage LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | William G. Young | https://www.law360.com/cases/66b0c0f9a370eb019a79e620 |
| 8:24-cv-01834 | 8/3/2024 | Keeling v. R3T, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/66b0c0f6a370eb019a79e61d |
| 9:24-cv-80940 | 8/3/2024 | RASHLEY v. Sicuro Health LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/66b0c0e275a63401da5409fb |
| 3:24-cv-00785 | 8/3/2024 | Thrower v. Molina Healthcare, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Wendy W. Berger | https://www.law360.com/cases/66b0c0f5a370eb019a79e61c |
| 1:24-cv-22570 | 7/7/2024 | Leonard v. Whetstone Holdings, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jose E. Martinez | https://www.law360.com/cases/668bd70f2538f0015f1ab4c5 |
| 3:24-cv-00674 | 7/7/2024 | Harrell v. DeMunck | Telephone Consumer Protection Act (TCPA) | Florida Middle | Timothy J. Corrigan | https://www.law360.com/cases/668bd6d414ca5c01547180b4 |
| 1:24-cv-22569 | 7/7/2024 | Witvoet v. Excel Impact, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jacqueline Becerra | https://www.law360.com/cases/668bd70d2538f0015f1ab4c4 |
| 0:24-cv-61102 | 6/25/2024 | Scofield v. Resolution Processing LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/667acba56c4bdd028c82a269 |
| 8:24-cv-01536 | 6/25/2024 | Hammond v. J & C Energy Enterprises LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | William F. Jung | https://www.law360.com/cases/667c04d4934efa0161611899 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6:24-cv-01155 | 6/25/2024 | Lane v. Accident, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne-Leigh Gaylord Moe | https://www.law360.com/cases/667ad2df01d13b11e468118a |
| 0:24-cv-61100 | 6/24/2024 | Zinger v. Prince Laboratories, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/6679e43439996a155ea02e4c |
| 3:24-cv-00643 | 6/24/2024 | Mitchell v. Apollo Interactive Insurance Solutions LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Brian J. Davis | https://www.law360.com/cases/6679dce9b4bb080dc1cdbd73 |
| 0:24-cv-61063 | 6/19/2024 | Moon v. Florida Home-Improvement Associates, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Melissa Damian | https://www.law360.com/cases/6672f81d2b34d2095b68a323 |
| 8:24-cv-01476 | 6/18/2024 | Moon v. Direct Remodels LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/6671f4e88e053169571326fb |
| 8:24-cv-01320 | 6/14/2024 | Tom v. Forbes & York Insurance LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/666cb1a75134b60a55451541 |
| 9:24-cv-80732 | 6/11/2024 | DeClerk v. Shoes For Crews, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robin L. Rosenberg | https://www.law360.com/cases/6668650a0ac26a028683a01e |
| 9:24-cv-80701 | 6/3/2024 | Weingrad v. DH & RK Investments LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robin L. Rosenberg | https://www.law360.com/cases/665e312200c558129a2ebea9 |
| 0:24-cv-60872 | 5/23/2024 | Drake v. Highland Health Direct LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/664f319f7e142f0113aea01a |
| 3:24-cv-00520 | 5/22/2024 | Mitchell v. Ideal Concepts, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Brian J. Davis | https://www.law360.com/cases/664df5939a5e5a08560e894c |
| 3:24-cv-00521 | 5/22/2024 | Collins v. Nations Credit Solutions, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Brian J. Davis | https://www.law360.com/cases/664df90a273b7e01bd68119b |
| 6:24-cv-00944 | 5/22/2024 | Ashworth v. Wyze Labs, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/664e440310f9849aac743ed0 |
| 5:24-cv-00263 | 5/22/2024 | McDougall v. Yellow Card Renovations LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Timothy J. Corrigan | https://www.law360.com/cases/664e34b2388db2082ee1d21d |
| 9:24-cv-80651 | 5/21/2024 | Coscino v. No Cost ACA DOS, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robin L. Rosenberg | https://www.law360.com/cases/664d006fb29976634ee80a1f |
| 8:24-cv-01084 | 5/7/2024 | Pinn v. International Union of Police Associations AFL-CIO | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/663a479c0cfaa00d38a535d7 |
| 2:24-cv-14130 | 5/1/2024 | Woods v. Digital Insurance LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/6632ac0b7a490c0d8bfbae0d |
| 1:24-cv-21682 | 5/1/2024 | Pardinas v. Martin Martin Renovations, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Roy K. Altman | https://www.law360.com/cases/663257734b11de02d7783aa7 |
| 2:24-cv-00362 | 4/22/2024 | Zinger v. Ecomm Consulting Corporation | Telephone Consumer Protection Act (TCPA) | Florida Middle | John E. Steele | https://www.law360.com/cases/662679a535c99b00b568ca34 |
| 0:24-cv-60632 | 4/18/2024 | Maffia v. Health Insurance Alliance, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/662161c6fbe32c0889937296 |
| 9:24-cv-80450 | 4/11/2024 | Cardenas v. Corporate Client Services LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | William Matthewman | https://www.law360.com/cases/6618469e9b25030c34a18fd5 |
| 0:24-cv-60553 | 4/9/2024 | Childers v. Senior Healthcare Advisors LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/66155c754a143a8cc3100e3d |
| 0:24-cv-60513 | 4/1/2024 | Clermont v. Centrum Medical Holdings, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Rodney Smith | https://www.law360.com/cases/660b1a05762bcb4c9e36e9db |
| 9:24-cv-80379 | 3/28/2024 | Grochowski, Sr. v. American Protection Plans LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/66059612e9b9901067c1031c |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9:24-cv-80334 | 3/20/2024 | Coiro v. Rare Coin Collective LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Kenneth A. Marra | https://www.law360.com/cases/65fb02304eba8364089adab7 |
| 2:24-cv-00251 | 3/19/2024 | Peterson v. Rocket Health Insurance, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/65f9a250762d5764677ddc61 |
| 0:24-cv-60436 | 3/19/2024 | Clermont v. BYS, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/65f9f6ba80ef3f74c062972b |
| 0:24-cv-60385 | 3/8/2024 | Becker v. Amigos BPO, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/65eb69ba0321db0733928dae |
| 6:24-cv-00479 | 3/8/2024 | Ginder v. Tax Prep Advocates, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/65eb4d2efe363906388e5e37 |
| 6:24-cv-00464 | 3/6/2024 | Powers v. Mannella | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/65e8c66312dba005201f609a |
| 1:24-cv-20842 | 3/4/2024 | DiBartolomeo v. Land Rover South Dade, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Roy K. Altman | https://www.law360.com/cases/65e6315fad977604a1a372c3 |
| 6:24-cv-00417 | 2/29/2024 | Tom v. Lead Genesis Partners, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Julie S. Sneed | https://www.law360.com/cases/65e0c17f6caf0906e7147eed |
| 4:24-cv-10020 | 2/29/2024 | Moser v. JKB Financial, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Darrin P. Gayles | https://www.law360.com/cases/65e0b38bff070b06a7ddf3f6 |
| 1:24-cv-20751 | 2/27/2024 | Pinn v. Pini Insurance, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Paul C. Huck | https://www.law360.com/cases/65de1e7e83395a053ec0c3fb |
| 0:24-cv-60298 | 2/22/2024 | Nipper v. DentalPlans.com, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | David S. Leibowitz | https://www.law360.com/cases/65d7a14dabd6d43fd7211841 |
| 1:24-cv-20647 | 2/20/2024 | Cardenas v. Capital Infusion LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Cecilia M. Altonaga | https://www.law360.com/cases/65d4f120d5b324d4d6ba7a22 |
| 8:24-cv-00404 | 2/13/2024 | Settle et al v. PHBC Marketing, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Sean P. Flynn | https://www.law360.com/cases/65cbc50ef0dc2a045ca4e07a |
| 6:24-cv-00312 | 2/12/2024 | Stannard v. SelectQuote, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Wendy W. Berger | https://www.law360.com/cases/65ca9e657eaf8b0672ecb154 |
| 0:24-cv-60240 | 2/12/2024 | Wehmeyer v. CPA Data Solutions, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Raag Singhal | https://www.law360.com/cases/65caac19c3fea60306ccfb67 |
| 8:24-cv-00353 | 2/6/2024 | Kathman v. Digital Media Solutions, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Charlene Edwards Honeyw | https://www.law360.com/cases/65c27b2ad5b324c16bf68ea2 |
| 8:24-cv-00282 | 1/30/2024 | Tonnis v. nTherm, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Kathryn Kimball Mizelle | https://www.law360.com/cases/65b9420517bbaa049acec8d1 |
| 2:24-cv-00098 | 1/30/2024 | James v. First Family Insurance, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | John L. Badalamenti | https://www.law360.com/cases/65b95040ef10a5056f0821f0 |
| 9:24-cv-80039 | 1/15/2024 | Johnson-Gruver v. Consumer Nsight LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/65a54fc39c43e03daa2856cd |
| 9:24-cv-80015 | 1/8/2024 | Ozburn v. Endurance Capital, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/659c87972723e7028720b20c |
| 6:24-cv-00011 | 1/3/2024 | Palmer v. La Rosa Realty LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/6595c62de1460f0330bdcce8 |
| 1:23-cv-24907 | 12/27/2023 | Payne v. Tiburcio Professional Group Corp | Telephone Consumer Protection Act (TCPA) | Florida Southern | Melissa Damian | https://www.law360.com/cases/658c99943b4f940330b6de38 |
| 0:23-cv-62398 | 12/26/2023 | Collins v. Mutual of Omaha Insurance Company et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Rodney Smith | https://www.law360.com/cases/658b0e6bd5b324f2337a2952 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0:23-cv-62406 | 12/26/2023 | Crews v. Synergy Marketing Associates, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/658b47a58484b3043149dd02 |
| 3:23-cv-01489 | 12/21/2023 | Mitchell v. Central Health Advisors LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Anne C. Conway | https://www.law360.com/cases/65844de4408aaa02161f978d |
| 0:23-cv-62387 | 12/21/2023 | Beckwith v. Northeastern Health Group Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | James I. Cohn | https://www.law360.com/cases/658469d07be604044c3de052 |
| 9:23-cv-81547 | 12/10/2023 | Curtis et al v. Platinum Choice Health Care LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/657710b310a3a802c390fbd4 |
| 1:23-cv-24608 | 12/6/2023 | Lyman v. All Tort Solutions, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Roy K. Altman | https://www.law360.com/cases/6570dca4868cd006120f29f3 |
| 8:23-cv-02690 | 11/24/2023 | Shebroe v. Transportation Media, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/6560a5a329c0c61d7e9ffd8d |
| 2:23-cv-14369 | 11/23/2023 | Belleville v. Florida Insurance Services, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/6560a71c833429013935fb75 |
| 4:23-cv-00473 | 10/31/2023 | COCHRAN v. BOOST HEALTH INSURANCE AGENCY LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Northern | MARK E WALKER | https://www.law360.com/cases/654148dfedabc9264db4a005 |
| 6:23-cv-02059 | 10/25/2023 | Weaver v. Green Solutions of Florida LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/65395323040f84069bc71211 |
| 3:23-cv-01222 | 10/17/2023 | Harrell v. Aquion, Inc. et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Wendy W. Berger | https://www.law360.com/cases/652f0d59f5ff9605d0e328fe |
| 1:23-cv-23966 | 10/17/2023 | Taylor v. Park Business Capital, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | William P. Dimitrouleas | https://www.law360.com/cases/652ed4ee9c24d20625fd0854 |
| 8:23-cv-02171 | 9/26/2023 | Bryant v. Byron Udell & Associates Inc. et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/651309d35d986e0524f4532a |
| 9:23-cv-81319 | 9/26/2023 | Kiela v. Breeze Funding, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robin L. Rosenberg | https://www.law360.com/cases/6512faff221040037ecef719 |
| 9:23-cv-81305 | 9/22/2023 | Strickland v. MPX Insurance Services, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Aileen M. Cannon | https://www.law360.com/cases/650ddf67085778c63ee4ac9f |
| 2:23-cv-14284 | 9/11/2023 | Schmidt et al v. Chris Biz Services LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/64ff89691bf2f6069f848aba |
| 6:23-cv-01743 | 9/10/2023 | Powers v. USLM Financial LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/64ff0a8e1423710198009d7a |
| 4:23-cv-00355 | 8/10/2023 | MINOR v. APOLLO INTERACTIVE INC | Telephone Consumer Protection Act (TCPA) | Florida Northern | MARK E WALKER | https://www.law360.com/cases/64d566f89f6afc05a1cb8964 |
| 9:23-cv-81010 | 7/9/2023 | Wehmeyer v. Tikkanen | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/64abfbca40efec013bc0dfbe |
| 1:23-cv-22504 | 7/6/2023 | Vazquez v. Premier Health Choice LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Kathleen M. Williams | https://www.law360.com/cases/64a6d087ac94671a234eda51 |
| 8:23-cv-01453 | 6/29/2023 | Keith v. Brinker International Payroll Company, L.P. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Virginia M. Hernandez Cov | https://www.law360.com/cases/649db43c60d8d8055f01f2d0 |
| 1:23-cv-22264 | 6/20/2023 | Tuso v. Lennar Corporation | Telephone Consumer Protection Act (TCPA) | Florida Southern | Roy K. Altman | https://www.law360.com/cases/6491c82e7c9e042a2ee80bda |
| 9:23-cv-80920 | 6/15/2023 | Metzler v. Insurance Express.com, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/648b859303e8a0073f1162aa |
| 5:23-cv-00368 | 6/14/2023 | Calbo v. Ideal Tax Solution, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | James S. Moody, Jr | https://www.law360.com/cases/648a1782003f8e05c700ba4d |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:23-cv-22203 | 6/14/2023 | Sabatier v. American Health Reform Solutions, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Roy K. Altman | https://www.law360.com/cases/648a099d2da07e066331df59 |
| 6:23-cv-01019 | 6/1/2023 | Mitchell v. AssuredPartners, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/6478e5e905b1d305224bbd2e |
| 9:23-cv-80802 | 5/22/2023 | Zamora v. Lifetime Health Solutions Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Donald M. Middlebrooks | https://www.law360.com/cases/646bb5dece6d44c6a7685eb1 |
| 8:23-cv-01116 | 5/22/2023 | Spitler v. Baldwin Risk Partners, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/646ba7bdce6d44ab34851113 |
| 8:23-cv-01118 | 5/22/2023 | Robertson v. Independent Home Products LLC et al. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Charlene Edwards Honeyw | https://www.law360.com/cases/646ba875b5b0ee03b63cc42a |
| 1:23-cv-21862 | 5/18/2023 | Baughman et al v. BOTTOM LINE CONCEPTS LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Darrin P. Gayles | https://www.law360.com/cases/64667df7195b5e90b452a6a0 |
| 0:23-cv-60923 | 5/18/2023 | Magdaleno v. Morgan Fidelity Associates, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Rodney Smith | https://www.law360.com/cases/6466543500c3fab4e462a8b1 |
| 1:23-cv-21698 | 5/5/2023 | Wigfall v. Aprende, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robert N. Scola, Jr | https://www.law360.com/cases/64553f8853ddaa0630ea5f7d |
| 9:23-cv-80733 | 5/3/2023 | Wehmeyer v. Assured Health Group LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Robin L. Rosenberg | https://www.law360.com/cases/6452809a1bd5ff06b252ba93 |
| 8:23-cv-00959 | 5/2/2023 | Harman v. Southeast Energy Consultants L.L.C. et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Thomas P. Barber | https://www.law360.com/cases/64518365411o9f0685a4f528 |
| 1:23-cv-21522 | 4/23/2023 | Difiore v. Alco Windows and Doors LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Jose E. Martinez | https://www.law360.com/cases/644678473b36ca016207104a |
| 8:23-cv-00696 | 3/29/2023 | Harris v. Advocate Health, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/642485b67f373f045afa3a26 |
| 6:23-cv-00566 | 3/28/2023 | Banakos v. Digital Thrive, LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Carlos E. Mendoza | https://www.law360.com/cases/64235da9a1717c9f85471481 |
| 3:23-cv-00359 | 3/28/2023 | Johnson v. Palmer Administrative Services, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Marcia Morales Howard | https://www.law360.com/cases/64234fe3171f758c86c2e24c |
| 8:23-cv-00694 | 3/28/2023 | Taylor v. Suntuity Solar Limited Liability Company | Telephone Consumer Protection Act (TCPA) | Florida Middle | Mary S. Scriven | https://www.law360.com/cases/64235e7901efc105121b2636 |
| 8:23-cv-00470 | 3/2/2023 | Taylor v. LeadPoint, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Steven D. Merryday | https://www.law360.com/cases/6400fc3d77efa800726581d0 |
| 8:23-cv-00340 | 2/15/2023 | Craver v. Highway Automotive Pros, LLC et al | Telephone Consumer Protection Act (TCPA) | Florida Middle | Susan C. Bucklew | https://www.law360.com/cases/63ed61055305302b44ade28f |
| 6:23-cv-00223 | 2/8/2023 | Paul v. Margaritaville Enterprises LLC | Telephone Consumer Protection Act (TCPA) | Florida Middle | Paul G. Byron | https://www.law360.com/cases/63e3de09479a83015720f202 |
| 4:23-cv-10008 | 2/7/2023 | Moser v. Americor Funding, LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | K. Michael Moore | https://www.law360.com/cases/63e2a8d7b27fd7021a9b91b3 |
| 1:23-cv-20154 | 1/13/2023 | Mason v. Titan Solar Power FL Inc. et al | Telephone Consumer Protection Act (TCPA) | Florida Southern | Federico A. Moreno | https://www.law360.com/cases/63c1b1b3a7c4e5c23f4fbc1e |
| 1:23-cv-20086 | 1/10/2023 | Taube v. Sunshine Life & Health Advisors LLC | Telephone Consumer Protection Act (TCPA) | Florida Southern | Rodolfo A. Ruiz, II | https://www.law360.com/cases/63bd7854d6dea601b5a73ec1 |
| 8:23-cv-00024 | 1/5/2023 | Aliotta v. One Touch Direct Insurance, Inc. | Telephone Consumer Protection Act (TCPA) | Florida Middle | Mary S. Scriven | https://www.law360.com/cases/63b70cfe54caf618a2aa8b6b |