**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-21690-KMW

KYLE BUTLER RASHLEY, *et al.*

Plaintiffs/Counterclaim Defendants,

v.

BOOST HEALTH INSURANCE
AGENCY, LLC,

Defendant/Counterclaim-Plaintiff.
_____________________________________/

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Paperless Order dated September 30, 2026 (DE 62), Defendant/Counterclaim-Plaintiff, Boost Health Insurance Agency, LLC ("Boost"), hereby provides to the Court the status of the remaining discovery to be conducted in this case.

(1) The deposition of Kyle Butler Rashley. This deposition was originally noticed and agreed upon to occur on August 11, 2026, when Mr. Rashley was still represented by his prior counsel – Avi Kaufman and Allison Duffie. At 5:13 p.m. on the day before the deposition, Attorney Duffie sent an email to counsel for Boost stating that Mr. Rashley's deposition must be rescheduled, without further explanation. Attorney Duffie did not respond when counsel for Boost asked why the deposition needed to be rescheduled. Instead, Attorney Kaufman intervened hours later and advised that his firm and Attorney Duffie's firm were withdrawing and that Mr. Rashley should be given time to get replacement counsel for the deposition.[1] Mr. Rashley did not obtain substitute counsel. Therefore, counsel for Boost coordinated with him directly to an agreed upon

[1] Attorney Kaufman and Attorney Duffie filed a Motion for Leave to Withdraw as Counsel on August 13, 2026, just three days after the eleventh-hour cancellation of Mr. Rashley's first deposition. (DE 48).

date of October 5, 2026 his deposition. The deposition was properly noticed. Mr. Rashley failed to appear for the October 5, 2026 deposition, despite being contacted, agreeing to the date and being properly noticed. A record of non-appearance was documented at both the August 11, 2026 deposition and the October 5, 2026 deposition.[2] Attached as Exhibit A is the non-appearance of Kyle Butler Rashley dated October 5, 2026.

(2) Privilege logs, possible searches and productions by Attorneys Heidarpour, Oliver, Duffie, Kaufman, and their law firms. Briefing before the Court on these issues is pending and expected to be completed before the end of October, 2026. The issues include whether the crime-fraud exception to the attorney-client privilege applies, and whether and to what extent Mr. Rashley's prior counsel advised him not to appear for his deposition on two different occasions.

(3) Potential depositions of third parties including the aforementioned attorneys. This is dependent on the information provided in the privilege logs and/or productions referenced above.

Respectfully submitted,

By: /s/Nelson C. Bellido
NELSON BELLIDO
Florida Bar No. 974048
ROIG LAWYERS
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (305) 405-0997
nbellido@roiglawyers.com

[2] Defense counsel is expecting to receive the Certificate of Non-Appearance dated August 11, 2026 from the court reporter in the coming days and will file a copy upon receipt.

\- And -

By: /s/ Lisa A. Messner

Lisa A. Messner
(*Admitted Pro Hac Vice*)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
lmessner@mslawgroup.com

*Attorneys for Boost Health Insurance Agency, LLC*