Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
~~~~~~~~~~~~~~~~~~~~

KYLE BUTLER RASHLEY,et al.,

Plaintiffs,

vs. Case No. 1:25-cv-21690-KMW

BOOST HEALTH INSURANCE AGENCY, LLC,

Defendant.
~~~~~~~~~~~~~~~~~~~~

Notice of Non-Appearance of
KYLE BUTLER RASHLEY

October 5, 2026
10:25 a.m.
Taken remotely via Zoom
Eva Petrone, RPR

Page 2

APPEARANCES OF COUNSEL
(All parties appearing remotely.)

On behalf of the Defendant:

Mac Murray & Shuster, LLP, by
LISA A. MESSNER, ESQ.
PETER ROSENZWEIG, ESQ.
6525 West Campus Oval
Suite 210
New Albany, Ohio 43054
614-939-9955
lmessner@mslawgroup.com
~ ~ ~ ~ ~

ALSO PRESENT:

Daniel A. Mang, Videographer

~ ~ ~ ~ ~

Page 3

MS. MESSNER: For the record, we are here today for the deposition of Kyle Butler Rashley. My name is Lisa Messner, and I represent Boost Health Insurance Agency. This deposition was noticed on September 24, 2026, was served on both plaintiffs by e-mail and Federal Express, and this date and the time for the deposition was agreed upon by a text that I received from Mr. Rashley on September 18th at 2:31 p.m.

This morning, I sent him a text message at 10:06 a.m. to ask if he was joining Zoom. I called his telephone number, his cellphone telephone number at the same time and received voicemail, and that indicated that the voicemail box was full so I could not leave a voicemail. I e-mailed him this morning at 10:11 a.m. to ask if he was joining, without response.

I would also note for the record that on Friday, October 2nd, I e-mailed him, I texted him and I called him to remind him that the deposition was scheduled for today and that he had the Zoom instructions.

It is now 10:26 a.m. Eastern Time

Page 4

and Mr. Rashley has not appeared or otherwise contacted me or anyone else to indicate that there was a technical issue or there was some kind of reason otherwise that he could not appear for the deposition.

And I had indicated to you, Madam Court Reporter, that I would e-mail to you as an Exhibit A the deposition notice so that you would have that as part of the record.

\- - - -

(Thereupon, Exhibit A was marked for purposes of identification.)

\- - - -

(The proceeding concluded at 10:27 a.m.)

\- - - -



EXHIBIT "A"

CERTIFICATE

I, Eva Petrone, do hereby certify that as such Reporter I took down in Stenotypy all of the proceedings had in the foregoing transcript; that I have transcribed my said Stenotype notes into typewritten form as appears in the foregoing transcript; that said transcript is the complete form of the proceedings had in said cause and constitutes a true and correct transcript therein.

Eva Petrone

Eva Petrone, Notary Public
within and for the State of Ohio

My commission expires February 1, 2028.