**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| KYLE BUTLER RASHLEY, *et al.* | : | |
| Plaintiffs/Counterclaim Defendants, | : | Case No. 1:25-cv-21690-KMW |
| | : | |
| v. | : | Judge Kathleen Williams |
| | : | |
| BOOST HEALTH INSURANCE | : | Magistrate Judge Enjolique Lett |
| AGENCY, LLC, | : | |
| Defendant/Counterclaim-Plaintiff. | : | |
| | : | |

**SECOND AMENDED NOTICE OF DEPOSITION OF PLAINTIFF/COUNTERCLAIM DEFENDANT**
**KYLE BUTLER RASHLEY BY**
**DEFENDANT/COUNTERCLAIM PLAINTIFF**
**BOOST HEALTH INSURANCE AGENCY, LLC**

Pursuant to Federal Rule of Civil Procedure 30, Boost Health Insurance Agency, LLC, by and through undersigned counsel, gives notice that it will take the deposition as if on cross examination of Kyle Butler Rashley. The deposition will take place on October 5, 2026 via Zoom commencing at 10:00 a.m. Eastern Standard Time and will continue from day to day until complete.

The deposition will be before a Notary Public or officer authorized by law to administer oaths and will be recorded by stenographic means. The deposition will also be video recorded by a duly authorized videographer.

This Notice shall not waive the rights of Boost Health Insurance Agency, LLC to conduct depositions of any future identified putative plaintiffs.

Dated September 24, 2026.



EXHIBIT "A"

Respectfully submitted,

*/s/ Lisa A. Messner*

Lisa A. Messner (Admitted *Pro Hac Vice*)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
lmessner@mslawgroup.com

*Attorney for Boost Health Insurance Agency, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been served by email on Plaintiffs at the following email addresses: Kbrash91@gmail.com and ndungey88@gmail.com on this 24th day of September, 2026. Further, a true and correct copy of the foregoing has been served by Federal Express on the following Nicholas Dungey at 245 NE 14th Street, Unit 3714, Miami Florida 33132 and 170 NE 2nd Street, Box 294061, Boca Raton, Florida 33429-5092 and Kyle Butler Rashley at 14815 Boxwood Drive, West Palm Beach, Florida 33418 on this 24th day of September, 2026.

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)