# Exhibit A

verizon

PO BOX 489
NEWARK, NJ 07101-0489

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

**Questions about your bill?**
verizon.com/support
800-922-0204

KEYLINE

NICHOLAS SCOTT DUNGEY
[redacted]

# Snapshot of your bill

(details on page 3)

| | |
|---|---|
| Balance from last bill | $0.00 |
| This month's charges | $136.80 |
| **Total due on Sep 10** | **$136.80** |

You have Auto Pay scheduled for Sep 3, 2025.

If you don't pay the total charges due by the due date, you'll be charged 5% of the unpaid balance or $7, whichever is greater, if allowed by law in the state of your billing address.

---

verizon

NICHOLAS SCOTT DUNGEY
[redacted]

**Bill date** August 18, 2025
**Account number** [redacted]
**Invoice number** 8874808903

**Total Amount Due**

Deducted from bank account on 09/03/25
DO NOT MAIL PAYMENT

**$136.80**

**Please see back for instructions on writing to us.**

PO BOX 16810
NEWARK, NJ 07101-6810

8874808903010227003973000010000001368000000000136800

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

**Questions about your bill?**
verizon.com/support
800-922-0204

## Questions about paying your bill?

Go to https://go.vzw.com/billing-support to learn more.

## Address change:

Change your address at go.vzw.com/changeaddress.

## Important Information:

Many billing questions can be resolved easily online or with the My Verizon App. Customer service can also assist you by phone, chat or in a retail store for billing questions or disputes.

All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to this below address:

Verizon
Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

Select a checkbox that describes how we can help you along with any additional information and include it with your written correspondence.

---

**Automatic Payment Enrollment for Account: 227003973-00001 NICHOLAS SCOTT DUNGEY**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.** **2. Sign name in box below, as shown on the bill and date.** **3. Return this slip with your payment. Do not send a voided check.**

☐ ______________________________

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

DUNGEYBOOS00020

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Your August bill is $136.80

**Due Sep 10**

**Questions about your bill?**
verizon.com/support
800-922-0204

## Since your last bill

You paid $136.80.

## Review your bill online

An itemized bill breakdown of all charges and credits is available on the My Verizon app and online.

Scan the QR code with your camera app or go to go.vzw.com/bill.

## Bill summary by line

| | |
|---|---|
| **Account-wide charges & credits** | **$0.00** |
| **Nicholas Scott Dungey**<br>Apple iPhone 14 (561-943-0417) | **$70.90** |
| **Nicholas Scott Dungey**<br>Apple iPhone 16 Pro (728-213-5323) | **$65.90** |
| **Total:** | **$136.80** |

**Surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of $8.84 and taxes and gov fees of $2.96. For an itemized list of taxes, fees and surcharges visit go.vzw.com/bill.

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Charges by line details

### Account-wide charges & credits — $0.00

### Nicholas Scott Dungey — $70.90

Apple iPhone 14
561-943-0417

| | |
|---|---|
| **Plan** | **$55.00** |
| Unlimited Welcome<br>Price lock guarantee<br>Aug 19 - Sep 18 | $65.00 |
| Auto Pay and paper-free billing discount<br>Aug 19 - Sep 18 | -$10.00 |
| **Devices** | **$0.00** |
| IPHONE 14 128 MIDNIGHT<br>Payment 15 of 36 ($425.67 remaining)<br>Agreement 1345228736 | $20.27 |
| Device Promotional Credit<br>Credit 15 of 36 | -$20.27 |
| **Services & perks** | **$10.00** |
| 100 GB Mobile Hotspot<br>Plan perk<br>Jul 19 - Aug 18 | $10.00 |
| **Surcharges** | **$4.42** |
| Fed Universal Service Charge | $0.73 |
| Regulatory Charge | $0.19 |
| Admin & Telco Recovery Charge | $3.50 |
| **Taxes & gov fees** | **$1.48** |
| FL State 911 Fee | $0.40 |
| FL Communications Service Tax | $0.60 |
| Boca Raton Comm Srvc Tax | $0.48 |

**Plan**

Plans are billed a month in advance.

Reminder: Your price lock guarantee expires on Apr 02,2028.

Includes the $10.00/month discount on your UNLIMITED WELCOME plan for being enrolled in Auto Pay and paper-free billing.

**Services & Perks**

Taxes for Services & Perks purchases and "Purchases from other vendors" are billed in "Taxes and gov fees." For a breakout of tax details visit go.vzw.com/mybill.

### Nicholas Scott Dungey — $65.90

Apple iPhone 16 Pro
728-213-5323

verizon

Account [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Charges by line details (continued)

| | |
|---|---|
| **Plan** | **$55.00** |
| Unlimited Welcome<br>Price lock guarantee<br>Aug 19 - Sep 18 | $65.00 |
| Auto Pay and paper-free billing discount<br>Aug 19 - Sep 18 | -$10.00 |
| **Devices** | **$5.00** |
| IP16 P 128 GB BLT<br>Payment 4 of 36 ($888.64 remaining)<br>Agreement 1659678419 | $27.77 |
| Device Promotional Credit<br>Credit 4 of 36 | -$22.77 |
| **Surcharges** | **$4.42** |
| Fed Universal Service Charge | $0.73 |
| Regulatory Charge | $0.19 |
| Admin & Telco Recovery Charge | $3.50 |
| **Taxes & gov fees** | **$1.48** |
| FL State 911 Fee | $0.40 |
| FL Communications Service Tax | $0.60 |
| Boca Raton Comm Srvc Tax | $0.48 |

**Plan**

Plans are billed a month in advance.

Reminder: Your price lock guarantee expires on May 09,2028.

Includes the $10.00/month discount on your UNLIMITED WELCOME plan for being enrolled in Auto Pay and paper-free billing.

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity

**Nicholas Scott Dungey**
**561-943-0417**
**Apple iPhone 14**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 8 | [redacted] | | | | | -- | -- | -- |
| Jul 19 | [redacted] | | | | | -- | -- | -- |
| Jul 19 | [redacted] | | | | | -- | -- | -- |
| Jul 19 | [redacted] | | | | | -- | -- | -- |
| Jul 19 | [redacted] | | | | | -- | -- | -- |
| Jul 20 | [redacted] | | | | | -- | -- | -- |
| Jul 21 | [redacted] | | | | | -- | -- | -- |
| Jul 21 | [redacted] | | | | | -- | -- | -- |
| Jul 21 | [redacted] | | | | | -- | -- | -- |
| Jul 22 | [redacted] | | | | | -- | -- | -- |
| Jul 22 | [redacted] | | | | | -- | -- | -- |
| Jul 23 | [redacted] | | | | | -- | -- | -- |
| Jul 23 | [redacted] | | | | | -- | -- | -- |
| Jul 23 | [redacted] | | | | | -- | -- | -- |
| Jul 23 | [redacted] | | | | | -- | -- | -- |
| Jul 23 | [redacted] | | | | | -- | -- | -- |
| Jul 23 | [redacted] | | | | | -- | -- | -- |
| Jul 24 | [redacted] | | | | | -- | -- | -- |
| Jul 24 | [redacted] | | | | | -- | -- | -- |
| Jul 24 | [redacted] | | | | | -- | -- | -- |
| Jul 24 | [redacted] | | | | | -- | -- | -- |
| Jul 24 | [redacted] | | | | | -- | -- | -- |
| Jul 24 | [redacted] | | | | | -- | -- | -- |
| Jul 24 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 25 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 28 | [redacted] | | | | | -- | -- | -- |
| Jul 28 | [redacted] | | | | | -- | -- | -- |
| Jul 28 | [redacted] | | | | | -- | -- | -- |

verizon

Account [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**561-943-0417**
**Apple iPhone 14**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 30 | [redacted] | | | | | -- | -- | -- |
| Jul 31 | [redacted] | | | | | -- | -- | -- |
| Jul 31 | [redacted] | | | | | -- | -- | -- |
| Jul 31 | [redacted] | | | | | -- | -- | -- |
| Jul 31 | [redacted] | | | | | -- | -- | -- |
| Jul 31 | [redacted] | | | | | -- | -- | -- |
| Jul 31 | [redacted] | | | | | -- | -- | -- |
| Jul 31 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 2 | [redacted] | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Talk activity (cont.)

### Nicholas Scott Dungey
**561-943-0417**
**Apple iPhone 14**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 2 | [redacted] | | | | | -- | -- | -- |
| Aug 3 | [redacted] | | | | | -- | -- | -- |
| Aug 3 | [redacted] | | | | | -- | -- | -- |
| Aug 3 | [redacted] | | | | | -- | -- | -- |
| Aug 3 | [redacted] | | | | | -- | -- | -- |
| Aug 3 | [redacted] | | | | | -- | -- | -- |
| Aug 3 | [redacted] | | | | | -- | -- | -- |
| Aug 5 | [redacted] | | | | | -- | -- | -- |
| Aug 5 | [redacted] | | | | | -- | -- | -- |
| Aug 5 | [redacted] | | | | | -- | -- | -- |
| Aug 5 | [redacted] | | | | | -- | -- | -- |
| Aug 5 | [redacted] | | | | | -- | -- | -- |
| Aug 5 | [redacted] | | | | | -- | -- | -- |
| Aug 6 | [redacted] | | | | | -- | -- | -- |
| Aug 6 | [redacted] | | | | | -- | -- | -- |
| Aug 6 | [redacted] | | | | | -- | -- | -- |
| Aug 6 | [redacted] | | | | | -- | -- | -- |
| Aug 6 | [redacted] | | | | | -- | -- | -- |
| Aug 6 | [redacted] | | | | | -- | -- | -- |
| Aug 8 | [redacted] | | | | | -- | -- | -- |
| Aug 8 | [redacted] | | | | | -- | -- | -- |
| Aug 8 | [redacted] | | | | | -- | -- | -- |
| Aug 8 | [redacted] | | | | | -- | -- | -- |
| Aug 8 | [redacted] | | | | | -- | -- | -- |
| Aug 9 | [redacted] | | | | | -- | -- | -- |
| Aug 9 | [redacted] | | | | | -- | -- | -- |
| Aug 9 | [redacted] | | | | | -- | -- | -- |
| Aug 9 | [redacted] | | | | | -- | -- | -- |
| Aug 9 | [redacted] | | | | | -- | -- | -- |
| Aug 9 | [redacted] | | | | | -- | -- | -- |
| Aug 9 | [redacted] | | | | | -- | -- | -- |
| Aug 10 | [redacted] | | | | | -- | -- | -- |
| Aug 13 | [redacted] | | | | | -- | -- | -- |
| Aug 13 | [redacted] | | | | | -- | -- | -- |
| Aug 15 | [redacted] | | | | | -- | -- | -- |
| Aug 15 | [redacted] | | | | | -- | -- | -- |

## Talk activity

### Nicholas Scott Dungey
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 19 | [redacted] | | | | | -- | -- | -- |
| Jul 19 | [redacted] | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 19 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 20 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 21 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 22 | | | | | | -- | -- | -- |
| Jul 23 | | | | | | -- | -- | -- |
| Jul 23 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 24 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 25 | | | | | | -- | -- | -- |
| Jul 26 | | | | | | -- | -- | -- |



DUNGEYBOOS00029

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |



DUNGEYBOOS00030

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Talk activity (cont.)

### Nicholas Scott Dungey
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 26 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | [redacted] | | | | | -- | -- | -- |



DUNGEYBOOS00031

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 27 | [redacted] | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 27 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 28 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |



DUNGEYBOOS00032

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 29 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 30 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Jul 31 | | | | | | -- | -- | -- |
| Aug 1 | | | | | | -- | -- | -- |
| Aug 1 | | | | | | -- | -- | -- |
| Aug 1 | | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 1 | [redacted] | | | | | -- | -- | -- |
| Aug 1 | | | | | | -- | -- | -- |
| Aug 1 | | | | | | -- | -- | -- |
| Aug 1 | | | | | | -- | -- | -- |
| Aug 1 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 2 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 3 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 4 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 5 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 6 | | | | | | -- | -- | -- |
| Aug 7 | | | | | | -- | -- | -- |
| Aug 7 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 8 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |



DUNGEYBOOS00035

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

# Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 9 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 10 | | | | | | -- | -- | -- |
| Aug 11 | | | | | | -- | -- | -- |
| Aug 11 | | | | | | -- | -- | -- |
| Aug 11 | | | | | | -- | -- | -- |
| Aug 11 | | | | | | -- | -- | -- |
| Aug 11 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |
| Aug 12 | | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Talk activity (cont.)

**Nicholas Scott Dungey**
**728-213-5323**
**Apple iPhone 16 Pro**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 12 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 13 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 14 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 15 | | | | | | -- | -- | -- |
| Aug 16 | | | | | | -- | -- | -- |
| Aug 16 | | | | | | -- | -- | -- |
| Aug 16 | | | | | | -- | -- | -- |
| Aug 16 | | | | | | -- | -- | -- |
| Aug 16 | | | | | | -- | -- | -- |
| Aug 17 | | | | | | -- | -- | -- |
| Aug 17 | | | | | | -- | -- | -- |
| Aug 18 | | | | | | -- | -- | -- |
| Aug 18 | | | | | | -- | -- | -- |
| Aug 18 | | | | | | -- | -- | -- |
| Aug 18 | | | | | | -- | -- | -- |
| Aug 18 | | | | | | -- | -- | -- |

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Additional information

### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

### Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including:
(a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs;
(b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

### Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

### Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

### More On Wireless Taxes And Surcharges

Your total charges for this month's bill cycle are $136.80.

This includes charges for one or more bundled Verizon service plans that include voice, messaging, data, or other services for which you pay a monthly plan charge.

This bill cycle, your fixed monthly plan charges were $110.00 (before applying any discounts or credits, and excluding other charges such as overage, late payment, taxes, Verizon surcharges, and equipment).

To accurately bill taxes and Verizon surcharges, we regularly look at past network usage by you and other customers with similar plans to allocate this fixed monthly plan charge among the services included in the bundle.

In this bill cycle, we have allocated this amount as follows: $5.88 for voice, $1.22 for messaging, $102.90 for data, and $0.00 for other services.

For more information, please go to vzw.com/taxesandsurcharges.

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

### California - Questions About Your Bill?

Call Customer Service at 800.922.0204. Send written disputes to: Verizon, PO Box 409, Newark, NJ 07101-0409. If you are disputing a charge because you contend it was not authorized, and we need time to investigate the complaint, you are not required to pay the disputed amount while our investigation is pending. If you have a complaint you cannot resolve with us, submit a complaint to the California Public Utilities Commission at Consumer Affairs Branch, 505 Van Ness Ave. Rm. 2003, San Francisco, CA 94102, or at http://www.cpuc.ca.gov/complaints, or call 800.649.7570. If you have hearing or speaking limitations and need California Relay Service, dial 711(visit http://ddtp.cpuc.ca.gov/ for further information). If you need to contact your wireless phone insurance provider, call 888.881.2622

verizon

**Account** [redacted]
**Invoice:** 8874808903
**Billing period:** Jul 19 - Aug 18, 2025

## Additional information continued

### Verizon Wireless Regulatory Charge

Effective September 1, 2025, the monthly Verizon wireless Regulatory Charge for voice-capable devices will increase from $0.19 to $0.21 per line. The charge for data-only devices remains at $0.02 per line. Please note that this is a Verizon wireless surcharge, not a tax or government imposed fee. This charge, and what's included, are subject to change from time to time. For further information regarding this charge, review the "Explanation of Surcharges" section of this bill.

### Notice of Change to Administrative and Telco Recovery Charge

Effective September 1, 2025, the monthly Verizon Wireless Administrative and Telco Recovery Charge will increase by $0.28 for voice-capable devices (excluding 5G Home Internet and LTE Home Internet plans). The updated charge will appear on your next bill. For further information regarding the "Admin & Telco Recovery Charge," please review the "Explanation of Surcharges" section of the bill.