**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-21690-KMW

KYLE BUTLER RASHLEY, *et al.*

Plaintiffs/Counterclaim Defendants,

v.

BOOST HEALTH INSURANCE AGENCY, LLC,

Defendant/Counterclaim-Plaintiff.
______________________________________/

**[PROPOSED] FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order Granting Defendant/Counterclaim-Plaintiff's, Boost Health Insurance Agency, LLC ("Boost"), Motion for Final Default Judgment, it is hereby ORDERED AND ADJUDGED that:

1. Final judgment is entered in favor of Boost and against Plaintiffs/Counterclaim-Defendants, Kyle Butler Rashley ("Rashley") and Nicholas Dungey ("Dungey") on Boost's Counterclaim.

2. Boost shall recover $293,723.19 in compensatory damages from Rashley and Dungey, jointly and severally, consisting of:

a. $250,260.00 in attorneys' fees and professional fees incurred as compensatory damages; and

b. $43,463.19 in litigation costs and expenses incurred as compensatory damages.

3. Boost shall further recover $________ in punitive damages from Rashley and $________ in punitive damages from Dungey, pursuant to Fla. Stat. §§ 768.72 and 768.73.

4. The foregoing monetary judgment shall bear post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this Final Judgment until paid in full.

5. Judgment is entered in favor of Boost and against Plaintiffs/Counterclaim-Defendants, Kyle Butler Rashley ("Rashley") and Nicholas Dungey ("Dungey") in the amount of $___________, for which let execution issue.

6. The Court retains jurisdiction to enforce this Final Judgment and to address any matters properly remaining before the Court.

DONE AND ORDERED in ____________, Florida, this ___ day of __________, 2026.

_________________________________
HONORABLE KATHLEEN WILLIAMS
UNITED STATE DISTRICT COURT
JUDGE